UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHIRLEY A. STEWART, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:20-cv-033-DCP |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 17**] will be **GRANTED in part**, and the Commissioner's Motion for Summary Judgment [**Doc. 21**] will be **DENIED**. This case will be **REMANDED** to the SSA for a redetermination of Plaintiff's RFC that incorporates all of Plaintiff's mental functional limitations, and any corresponding hypothetical posed to the VE must adequately account for the assessed limitations.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT